IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MARANDA MOREFIELD, *etc.* | Case No. 3:26-cv-212 |
| Plaintiff | Judge Michael J. Newman |
| v. | Magistrate Judge Peter B. Silvain, Jr. |
| KETTERING ADVENTIST HEALTHCARE, | |
| Defendant | |

## LIMITED PROTECTIVE ORDER

The Court **GRANTS** the *Motion for a Limited Protective Order* (Doc. #3) filed by Plaintiff Maranda Morefield, which seeks to maintain confidentiality over her protected health information ("PHI") consistent with the Health Insurance Portability and Accountability Act ("HIPAA"), particularly as it relates to the "long-URLs" which she alleges contain such PHI, and which she proposes to submit as Exhibit A to her *Complaint* (ECF 1) under seal.  Therefore, the Court ORDERS as follows:

1. **Scope.**  This Order applies only to Exhibit A to the *Complaint* and the PHI which the plaintiff alleges is contained therein.  If the parties or either of them later wish to extend, expand, or challenge protection over this or any other matters in this case, they shall separately move for further order of this Court.

2. **Protection of Confidential Materials.**  The information contained in Plaintiff's Exhibit A shall not be used or disclosed by the parties, their counsel, or any other person for any purpose other than in this litigation.  The information in the exhibit shall not be publicly disclosed in papers or otherwise on this Court's public docket.

3. **Limited Disclosures Permitted.**  The parties and their counsel shall not disclose the information in Plaintiff's Exhibit A except to their counsel, the Court and its personnel.  They may also disclose the information to vendors, consultants, and experts retained to assist in this litigation, as well as witnesses during deposition, so long as, prior

2

to such disclosure, each such person signs an acknowledgement that such information must be kept *Confidential* under this Court's orders.

4. **Filing Under Seal.** Under Local Rule 5.2.1, the parties are granted leave to file Exhibit A and the information in it under seal.  Any public filings, such as pleadings, briefs, and deposition transcripts, which would disclose the information, must be redacted and the unredacted versions filed under seal.

IT IS SO ORDERED.

July 1, 2026            *s/Peter B. Silvain, Jr.*
               Peter B. Silvain, Jr.
               United States Magistrate Judge